FILED

AUG 27 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

**ANIBAL SOTO AGUILAR**

**CRIMINAL COMPLAINT**

CASE NUMBER: W18-262M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **August 25, 2018,** in **Bell** County, in the **Western** District of **Texas**, defendant(s), **unlawfully, knowingly and intentionally did possess with intent to distribute a controlled substance, which offense involved less than 50 kilograms of marijuana, a Schedule I Controlled Substance,** in violation of Title **21**, United States Code, Section(s) **841(a)(1) and 841(b)(1)(D)**.

I further state that I am a(n) **Detective, Killeen Police Department**, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

_____
TODD MALLOW, Detective
Killeen Police Department

Sworn to before me and subscribed in my presence,

August 27, 2018                    Waco, Texas
Date                               City and State

Jeffrey C. Manske                  _____
U.S. Magistrate Judge              Signature of Judicial Officer
Name & Title of Judicial Officer

# AFFIDAVIT

BEING FIRST DULY SWORN, Affiant, TODD MALLOW, deposes and states the following:

I, TODD MALLOW, am a Detective with the Killeen Police Departments Organized Crime Unit in Killeen, Bell County Texas.

## AFFIANT'S BACKGROUND

Your Affiant is Detective Todd Mallow, a sworn Police Officer licensed by the State of Texas as a peace officer and employed by the City of Killeen Police Department in Killeen, Bell County, Texas. Your Affiant has been a Police Officer for the past 14 years with the City of Killeen and is currently assigned to the Killeen Police Department Organized Crime Unit for the past eight (8) years and has been previously assigned to the DEA Task Force out of the Waco office for the past five (5) years.

During this time period, your affiant has been involved in investigations of individuals and organizations that have been involved in the illegal manufacture, distribution and selling of cocaine and other controlled substances. Your affiant has had experience in investigating these individuals and organizations that derive substantial income from their trafficking activities. Your affiant also has experience in the preparation and execution of search warrants, debriefing of informants and witnesses, and investigating financial crimes committed by drug traffickers, including money laundering. Your affiant has been involved in many investigations over his career which have resulted in the seizure of marijuana and other controlled substances, seizures of assets and the proceeds of drug crimes and the ultimate prosecution of individuals and organizations which have resulted in long term state and federal prison sentences.

## AFFIANT'S KNOWLEDGE

The information in this affidavit is derived from physical evidence, review of reports, discussions with officers from the Killeen Police Department and from conversations with persons further identified below who have personal knowledge of the events described herein.

Based on Affiant's investigation, **ANIBAL SOTO AGUILAR,** is distributing marijuana products in Killeen, Bell County Texas, which is located in the Waco Division of the Western District of Texas.

In August of 2018, your Affiant received information from a confidential source that the owner of the Good Times Smoke Shop, **ANIBAL SOTO AGUILAR,** located at 4200 East Stan Schlueter Loop, Suite G, in Killeen, Bell County, Texas, was distributing marijuana products from the business. On August 24, 2018, your Affiant utilized a Confidential Source (CS) to make a controlled purchase of marijuana from the business. On August 25, 2018, the Killeen Police Department, Organized Crime Unit, conducted a narcotics search warrant at the Good Times Smoke Shop located at 4200 East Stan Schlueter Loop, Suite G, in Killeen, Bell County Texas, where your Affiant was the case agent. During a search of the business 1.32 pounds of marijuana, 1,375 mg of medical cannabis mint, 21 packages of cannabis infused edibles, nine cannisters of THC wax and one plastic bag of THC wax were located in the business. A portion of the marijuana was tested using a reliable test kit and tested positive for the presumptive presence of THC, the active ingredient in marijuana. These products were for sale to customers of the smoke shop, thus they were possessed for distribution. Affiant learned that the products were obtained from sources outside the State of Texas. **ANIBAL SOTO AGUILAR** arranged for the transportation of the products to the smoke shop.

Based on the above information, your Affiant believes probable cause exists for issuance of a complaint for **ANIBAL SOTO AGUILAR** for possession of marijuana with intent to distribute.

TODD MALLOW, Detective
Killeen Police Department

SWORN TO AND SUBSCRIBED BEFORE ME on this the 27th day of August, 2018.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

2