# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
v.

ANIBAL SOTO AGUILAR

WARRANT FOR ARREST

CASE NUMBER: W18-262M

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ANIBAL SOTO AGUILAR_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

() Indictment    () Information    (X) Complaint    () Order of court    () Violation Notice    () Probation Violation Petition

charging him or her with: unlawfully, knowingly, and intentionally did possess with intent to a controlled substance, which offense involved less than 50 kilograms of Marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(D).

JEFFREY C. MANSKE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _No Bond_

U. S. Magistrate Judge
Title of Issuing Officer

August 27, 2018          Waco, TX
Date and Location

by Jeffrey C. Manske, U. S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |